IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CELESTINE ANYANKA and VERONICA ANYANKA,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:24-CV-2267-L-BW** |
| **CAPITAL FUND REIT, LLC,** | § § § § | |
| Defendant. | § | |

## ORDER

On December 23, 2024, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 13) was entered, recommending that the court grant Defendant's Motion for Summary Judgment (Doc. 4) and dismiss with prejudice this action and all claims asserted by Plaintiffs for breach of contract and alleged violations of the Texas Property Code and Truth and Lending Act. Having concluded that Defendant is entitled to judgment as a matter of law on Plaintiffs' substantive claims, the magistrate judge further concludes that Plaintiffs cannot satisfy the requirements for injunctive relief and, therefore, recommends that the court deny Plaintiffs' request for injunctive relief. No objections to the Report were filed by Plaintiffs, who are represented by counsel.

Having considered the Motion for Summary Judgment, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion for Summary Judgment (Doc. 4) and **dismisses with prejudice** Plaintiffs' claims for breach of contract and alleged violations of the Texas Property Code and Truth and Lending Act. The court also **denies** Plaintiffs' request for injunctive relief.

**Order – Page 1**

**It is so ordered** this 31st day of January, 2025.

Sam A. Lindsay
United States District Judge

**Order – Page 2**